DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FOSTER v. WESTERN ELECTRIC CO.

No. 624A86.

Case below: 82 N.C. App. 656.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 4 November 1986.

HARTMAN v. HARTMAN

No. 528A86.

Case below: 82 N.C. App. 167.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 4 November 1986.

IN RE THOMPSON ARTHUR PAVING CO.

No. 526P86.

Case below: 81 N.C. App. 645.

Petition by Paving Company for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

INT. PAPER CO. v. HUFHAM

No. 488P86.

Case below: 81 N.C. App. 606.

Petition by defendants and third party plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

JONES v. LYON STORES

No. 524P86.

Case below: 82 N.C. App. 438.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.